Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

*Attorneys for Plaintiff, Steven Olshansky*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN OLSHANSKY,<br><br>　　　　　Plaintiff;<br><br>　　vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01017-RFB-PAL<br><br>**PLAINTIFF'S REQUEST FOR AN EXTENTION TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGEMENT.**<br><br>[Plaintiff's Second Request for an Extension to Respond to Dispositive Motions] |

COMES NOW, Plaintiff, STEVEN OLSHANSKY, by and through their attorney of record, hereby submits Plaintiff's Motion for Extension of Time to Respond to Dispositive Motions. This motion is made under the Federal Rule of Civil Procedure (hereinafter "FRCP") rule 6(b)(1)(A) and Nevada District Court Local Rules (hereinafter "LR") 6-2 and 26-4. Defendant filed their Motion for Summary Judgment on March 23, 2017. The current deadline for Plaintiff's response is April 24, 2017.

1    This motion is based on this Motion, the Memorandum of Points and Authorities filed
2 herewith, the pleadings and papers filed herein and upon such other matters as may be presented
3 to the Court at the time of the hearing.

DATED:  April 24, 2017              WATKINS & LETOFSKY, LLP

                          By:    /s/ Daniel R. Watkins
                                 _____
                                 DANIEL R. WATKINS
                                 BRIAN S. LETOFSKY
                                 ERAN S. FORSTER
                                 WATKINS & LETOFSKY, LLP
                                 8215 S. Eastern Avenue, Suite 265
                                 Las Vegas, NV 89123
                                 Office: (702) 487-7574
                                 Fax: (702) 901-7553
                                 Attorneys for Plaintiff,
                                 STEVEN OLSHANSKY

---

**PLAINTIFF'S MOTION FOR AN EXTENSION TO RESPOND TO DEFENDANTS'
DISPOSITIVE MOTIONS (Second Request)**

-2-

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## FACTS

As the Court is aware, this case is one of thirty-three related lawsuits ("Related Cases") sitting before this Court. Recognizing the complexity of litigating these lawsuits simultaneously, the parties agreed to divide the cases into five groups and stagger deadlines in order to streamline the litigation process and avoid overlapping dispositive motion deadlines. (*See* ECF No. 61, 2:4-1).

On March 23, 2017, Defendant filed their Motion for Summary Judgment. (ECF No. 68). Defendant also filed three other Motions for Summary Judgment in the related cases.[1]

In *Bouch v. Eldorado Resorts Corporation, et al.*, the motion consisted of thirty-one pages and thirty-nine exhibits (ECF No. 68), a Notice of Filing (ECF No. 70) and Index of Exhibits (ECF No. 69), totaling approximately 402 (four-hundred and two) pages. In *Olshansky v. Eldorado Resorts Corporation, et al.,* the motion consisted of eighteen pages and twenty exhibits (ECF No. 62), a Notice of Filing (ECF No. 64) and Index of Exhibits (ECF No. 63), totaling approximately 271 (two-hundred and seventy-one) pages. In *Parr v. Eldorado Resorts Corporation, et al.,* the motion consisted of thirty-one pages and twenty-three exhibits (ECF No. 53), a Notice of Filing (ECF No. 55) and Index of Exhibits (ECF No. 54), totaling approximately 261 (two-hundred and sixty one) pages. In *Sekkatv. Eldorado Resorts Corporation, et al.,* the motion consisted of twenty-five and twelve exhibits (ECF No. 64), a Notice of Filing (ECF No. 66) and Index of Exhibits (ECF No. 65), totaling approximately 261 (two-hundred and sixty one) pages.

---

[1] The Motions for Summary Judgment filed on March 23, 2017 are: *Sekkat v. Eldorado Resorts Corporation, et al.*, 2:15-cv-01029-RFB-PAL (ECF No. 64); *Parr v. Eldorado Resorts Corporation, et al.*, 2:15-cv-01030-RFB-PAL (ECF No. 53); *Olshansky v. Eldorado Resorts Corporation, et al.*, 2:15-cv-01017-RFB-PAL (ECF No. 62); and *Bouch v. Eldorado Resorts Corporation, et al.*, 2:15-cv-01023-RFB-PAL (ECF No. 68).

Since March 23, 2017, there's been almost daily depositions or cancelled depositions that took place. Furthermore, Plaintiffs' law firm, Watkins & Letofsky, brought back an associate from Medical Leave to help with the instant case and Related Cases. Defense Counsel felt there might be a conflict of interest with the specific associate and she was taken off the case as a courtesy to Defendants. However, a new associate has not yet been hired to replace her tasks on the Related Cases.

The current deadline for Plaintiff to respond to Defendants' dispositive motions is April 24, 2017. Plaintiff files this current motion seeking an extension until May 15, 2017 to provide a meaningful response to Defendants' Motions for Summary Judgment.

## II.
## ARGUMENT

### A. LEGAL STANDARD FOR EXTENSION OF TIME

**Federal Rule of Civil Procedure, Rule 6 (b) EXTENDING TIME.**
(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

>(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

>(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Federal Rule of Civil Procedure 6(b)(1)(A) permits a party to extend a deadline prior to its expiration upon a showing of "good cause." The standard to be applied by a court under FRCP 6(b)(1) is a liberal one in order to "effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9 Cir. 2010). "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Id* at 1259.

"Consequently, requests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Id*. (Internal citation omitted).

Here, Plaintiff's counsel was served with the instant Motion for Summary Judgment on March 23, 2017. Also on March 23, 2017, Plaintiff's counsel was served with three other motions for summary judgment in the Related Cases.[2]

Plaintiff has good cause to request this timely[3] extension of the deadlines to respond to Defendants' four simultaneous filings of their Motions for Summary Judgment because of the sheer volume and size of the motions in addition to the mass amount of evidence[4] obtained in discovery to refute the motions and the subtleties and nuances between the FMLA and ADA causes of action in these specific cases.

For example, in *Bouch v. Eldorado Resorts Corporation, et al.*, the motion consisted of thirty-one pages and thirty-nine exhibits (ECF No. 68), a Notice of Filing (ECF No. 70) and Index of Exhibits (ECF No. 69), totaling approximately 402 (four-hundred and two) pages. In *Olshansky v. Eldorado Resorts Corporation, et al.,* the motion consisted of eighteen pages and twenty exhibits (ECF No. 62), a Notice of Filing (ECF No. 64) and Index of Exhibits (ECF No. 63), totaling approximately 271 (two-hundred and seventy-one) pages. In *Parr v. Eldorado Resorts Corporation, et al.,* the motion consisted of thirty-one pages and twenty-three exhibits (ECF No. 53), a Notice of Filing (ECF No. 55) and Index of Exhibits (ECF No. 54), totaling approximately 261 (two-hundred and sixty one) pages. In *Sekkatv. Eldorado Resorts Corporation, et al.,* the motion consisted of twenty-five and twelve exhibits (ECF No. 64), a Notice of Filing (ECF No. 66) and Index of Exhibits (ECF No. 65), totaling approximately 261 (two-hundred and sixty one) pages.

It would be challenging to respond to a single Motion for Summary Judgment of this size and magnitude within the time frame required. However, responding to all four is simply impractical. The amount of depositions being conducted and the overlap of motions including

---

[2] The Motions for Summary Judgment in the Related Cases, including the instant motion, are: *Kaplan v. Eldorado Resorts Corporation, et al*., 2:15-cv-01015-RFB-PAL (ECF No. 57); *Barnes v. Eldorado Resorts Corporation, et al*., 2:15-cv-01026-RFB-PAL (ECF No. 60); *Parr v. Eldorado Resorts Corporation, et al*. (ECF No. 50), 2:15-cv-01028-RFB-PAL (ECF No. 60); and *Scheinburg v. Eldorado Resorts Corporation, et al*., 2:15-cv-01031-RFB-PAL (ECF No. 63).
[3] Plaintiff's deadline to respond to dispositive motions is April 24, 2017.
[4] Including but not limited to years of medical records, paystubs, chargeback records and time sheets.

the amount of exhibits and evidence in the instant case and Related Cases has put Plaintiff in a position of needing until May 15, 2017, to respond to Defendants' dispositive motions.

### III.
### CONCLUSION

For the above stated reasons, Plaintiff respectfully requests an extension of time until ~~May 15, 2017~~ May 26, 2017, to allow Plaintiff to file their responses to Defendants' Motion for Summary Judgment.

DATED: April 24, 2017                     WATKINS & LETOFSKY, LLP

                                          By:   /s/ Daniel R. Watkins
                                          _____
                                          DANIEL R. WATKINS
                                          BRIAN S. LETOFSKY
                                          WATKINS & LETOFSKY, LLP
                                          8215 S. Eastern Avenue, Suite 265
                                          Las Vegas, NV 89123
                                          Office: (702) 487-7574
                                          Fax: (702) 901-7553
                                          Attorneys for Plaintiff, STEVEN OLSHANSKY

                                          IT IS SO ORDERED:

                                          _____
                                          RICHARD F. BOULWARE, II
                                          United States District Judge

                                          DATED this 24th day of May, 2017.

**PLAINTIFF'S MOTION FOR AN EXTENSION TO RESPOND TO DEFENDANTS'
DISPOSITIVE MOTIONS (Second Request)**
-6-

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM ECF registrants:

Anthony L. Martin
Jill Garcia

I am an employee with Watkins & Letofsky and am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on the same day in the ordinary course of business, addressed to the following:

| | |
|---|---|
| Anthony Martin, Esq.<br>Jill Garcia, Esq.<br>OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169 | Attorney for Defendants,<br>ELDORADO RESORTS CORPORATION, MICHAEL MARRS, BRUCE POLANSKY, DOMINIC TALEGHANI, KRISTEN BECK, and JAMES GRIMES |

Executed on this 24th day of April, 2017 at Newport Beach, California.

                                          /s/ Susan Watkins
                                   Susan Watkins, an employee of
                                   WATKINS & LETOFSKY, LLP