ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Ste. 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant Eldorado Resorts Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN OLSHANSKY,<br><br>                          Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; AND DOES 1-50, inclusive;<br><br>                          Defendants. | Case No.: 2:15-cv-01017-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Defendant Eldorado Resorts Corporation ("Defendant") and Plaintiff Steven Olshansky ("Plaintiff"), by and through their undersigned counsel, that all claims Plaintiff had, or may have had, against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

DATED this 18th day of May, 2023.

WATKINS & LETOFSKY, LLP

*/s/ Daniel R. Watkins*
Daniel R. Watkins
Nevada Bar No. 11881
Melinda Weaver
Nevada Bar No. 11481
8935 S. Pecos, Suite 22A
Henderson, NV  89074
*Attorneys for Plaintiff*

DATED this 18th day of May, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Ste. 500
Las Vegas, NV  89135
*Attorney for Defendant*

IT IS SO ORDERED.

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   22nd day of May, 2023.